# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| PATRICIA BAPTISTE and DENFIELD BAPTISTE, <br><br> Plaintiffs, <br><br> vs. <br><br> WILLIAM J. ALLEN, P.A. and WILLIAM J. ALLEN, <br><br> Defendants. | ) ) ) ) ) ) No. 3:13-cv-164 ) ) ) ) **NOTICE OF DISMISSAL** ) ) |

Now comes the Plaintiffs, PATRICIA BAPTISTE and DENFIELD BAPTISTE, by and through their attorneys, and hereby advises the Court that they are dismissing the above-captioned matter with prejudice, pursuant to a settlement agreement reached between the parties

Respectfully submitted,

/s/ Mitchel E. Luxenburg
Mitchel E. Luxenburg (42021)
Luxenburg & Levin, LLC
Attorney for Plaintiffs
23875 Commerce Park
Suite 105
Beachwood, OH 44122
(888) 493-0770, ext. 301 (phone)
(866) 551-7791 (facsimile)
Mitch@LuxenburgLevin.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 23, 2013, a copy of the foregoing Notice of Dismissal was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

/s/ Mitchel E. Luxenburg
Mitchel E. Luxenburg (42021)
Luxenburg & Levin, LLC
Attorney for Plaintiffs
23875 Commerce Park
Suite 105
Beachwood, OH 44122
(888) 493-0770, ext. 301 (phone)
(866) 551-7791 (facsimile)
Mitch@LuxenburgLevin.com